Scott E. Shaffman, S.B.# 90276
98 Del Monte Ave., Suite 200
Monterey, CA 93940
(831) 333-0321

Attorney for WAYNE E. SHAW, Plaintiff

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

WAYNE E. SHAW,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant

CASE NO. C07 03603

COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIM ACT
[28 U.S. Code Section 2671 Et. Seq.]

Plaintiff WAYNE E. SHAW alleges as follows:

1. Plaintiff WAYNE E. SHAW is an individual residing in Monterey County, California.

2. On or about February 9, 2006 plaintiff was riding his bicycle at Ft. Ord, CA, when he was involved in a motor vehicle accident with Clinton J. Huckins, and employee of the U.S. Army Corps of Engineers, acting within the course and scope of his employment with defendant UNITED STATES OF AMERICA.

3. Clinton J. Huckins was negligent in the operation of the motor vehicle he was driving; said vehicle belonged to and was registered to the UNITED STATES OF AMERICA.

4. As a direct cause of said negligence of Clinton J. Huckins, plaintiff suffered bodily injuries and

Complaint for Damages under FTCA        1

1  property damage.

2  5. As a result of said negligence of Clinton J. Huckins, plaintiff incurred medical bills, lost earnings,
3  pain and suffering and miscellaneous damages.

4  6. Plaintiff timely made a claim to the U.S. Army under the Federal Tort Claim Act, claiming property
5  damage of $1625 and personal injury damages of $60,000.

6  7. Plaintiff's administrative claim was denied on or about June 11, 2007.

8  WHEREFORE, PLAINTIFF PRAYS JUDGEMENT AGAINST DEFENDANT AS FOLLOWS:

9  1. For damages to his personal property.

10 2. For special damages in the form of medical bills, lost earnings and consequential losses.

11 3. For general damages for personal injuries.

12 4. For costs of suit.

13 5. For such other relief as the court deems proper.

17 Dated: 7/6/07

18 SCOTT E. SHAFFMAN, Attorney for Plaintiff

28 Complaint for Damages under FTCA                    2