SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF(CSBN 152171)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5044
   FAX: (408) 535-5081
   james.scharf@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE E. SHAW, | No. C 07-3603 RS |
| Plaintiff, | **SUBSTITUTION OF COUNSEL FOR DEFENDANT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

     TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

     PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to substitute James A. Scharf, Assistant United States Attorney, for Ila C. Deiss, as attorney for Defendant, United States of America. The Clerk is requested to modify the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be sent to AUSA James A. Scharf at the above mailing address, telephone number, facsimile number, and email address.

1
2  DATED: October 9, 2007                    Respectfully submitted,
3                                            SCOTT N. SCHOOLS
                                             United States Attorney
4
                                             /s/
5
6                                            _____
                                             JAMES A. SCHARF
7                                            Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT
C 07-3603 RS