# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Shaw,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>United States of America,<br><br>　　　　　　Defendant(s). | 07-03603 RS MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Susan J. Davidson**
Dispute Resolution Specialist
697 Colusa Ave.
Berkeley, CA 94707
510-647-9120
ADRExpert@aol.com

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03603 RS MED　　　　　　　　　　　　- 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: October 29, 2007

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03603 RS MED                    - 2 -