**\*E-FILED\***
**January 18, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WAYNE E. SHAW,<br><br>　　　　Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>_____/ | No. C 07-03603 RS<br><br>**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 12, 2008**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 19, 2008 at 9:30 a.m.** and show cause why the case should not be dismissed.

　　　Failure to comply with this Order may result in dismissal of the case.

　　　IT IS SO ORDERED.

Dated: January 18, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James A. Scharf    james.scharf@usdoj.gov, mimi.lam@usdoj.gov

Scott E. Shaffman    sshaffman@aol.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 18, 2008

            /s/ BAK
            Chambers of Magistrate Judge Richard Seeborg