JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5044
FAX: (408) 535-5081
james.scharf@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WAYNE E. SHAW, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. C 07-3603 RS <br><br> STATUS OF SETTLEMENT AND REQUEST FOR CONTINUANCE OF DISMISSAL HEARING |

This case has settled in its entirety and the settlement agreement has been executed and approved by this Court. Settlement proceeds have been requested from the Judgment Fund to be sent directly to plaintiff's attorney. On March 18, 2008, The Judgment Fund requested clarification of plaintiff's attorney's tax identification number and this office promptly provided the requested information. It is anticipated that the Judgment Fund will send plaintiff's attorney the settlement draft shortly. Accordingly, defendant requests that the dismissal hearing currently set for March 19, 2008, at 9:30 a.m. be continued for sixty days. Defendant will file a dismissal executed by plaintiff's attorney just as soon as plaintiff's attorney confirms that he has received the settlement draft.

1
2
JOSEPH P. RUSSONIELLO
United States Attorney

3   Dated: March 18, 2008     By:          /S/
                                    JAMES A. SCHARF
4                                   Assistant United States Attorney
                                    Attorney for the Federal Defendant
5                                   United States of America

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STATUS OF SETTLEMENT
C 07-3603 RS