**\*E-FILED\***
**March 18, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WAYNE E. SHAW,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | No. C 07-03603 RS<br><br>**ORDER CONTINUING STAND-BY ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Stand-by Order to Show Cause hearing on calendar for March 19, 2008 is continued to **June 4, 2008 at 9:30 a.m.** The parties are required to file a stipulation of dismissal by **May 28, 2008**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on June 4, 2008 and show cause why the case should not be dismissed.

IT IS SO ORDERED.

Dated: March 18, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James A. Scharf    james.scharf@usdoj.gov, mimi.lam@usdoj.gov

Scott E. Shaffman    sshaffman@aol.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 18, 2008

                                           /s/ BAK
                                           Chambers of Magistrate Judge Richard Seeborg