1  Scott E. Shaffman, S.B.# 90276
   98 Del Monte Ave., Suite 200
2  Monterey, CA 93940
   (831) 333-0321
3

4  Attorney for WAYNE E. SHAW,
   Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT FOR THE

9        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11  WAYNE E. SHAW,                    )   CASE NO.  C 07-03603 RS
                                      )
12            Plaintiff,              )
                                      )   **STIPULATION TO DISMISS**
13      vs.                           )   **WITH PREJUDICE; ORDER**
                                      )
14  UNITED STATES OF AMERICA          )
                                      )
15            Defendant               )
    ------------------------------------------------  )
16

17       IT IS HEREBY STIPULATED between the parties hereto that this action be dismissed in its

18  entirety with prejudice,

19

20

21

22  Dated:_____3/26/08_____          _____
                                      SCOTT E. SHAFFMAN
23                                    Attorney for Plaintiff
                                      WAYNE E. SHAW
24

25

26

27  _____

28  Stipulation for Dismissal; Order                1

1

2

3

4

Dated:_____3/25/08_____        By:_____/s/_____

5

JAMES A. SCHARF
Assistant United States Attorney
Attorney for Federal Defendant
United States of America

6

7

8

9

10

**IT IS SO ORDERED:**

11

12

13

14

Dated:_____        _____

15

Hon. Richard Seeborg
United States District Court Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Dismissal; Order                    2