1  Scott E. Shaffman, S.B.# 90276
   98 Del Monte Ave., Suite 200
2  Monterey, CA 93940
   (831) 333-0321
3
                                                    *E-FILED 3/27/08*
4  Attorney for WAYNE E. SHAW,
   Plaintiff
5

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| WAYNE E. SHAW, | CASE NO. C 07-03603 RS |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE; ORDER** |
| UNITED STATES OF AMERICA | |
| Defendant | |

IT IS HEREBY STIPULATED between the parties hereto that this action be dismissed in its entirety with prejudice.

Dated: 3/26/08

_____
SCOTT E. SHAFFMAN
Attorney for Plaintiff
WAYNE E. SHAW

Stipulation for Dismissal; Order                           1

1
2
3
4
5  Dated: 3/25/08                By: /s/
6                                JAMES A. SCHARF
                                  Assistant United States Attorney
7                                 Attorney for Federal Defendant
                                  United States of America
8
9
10
   **IT IS SO ORDERED:**
11
12
13
14        March 27, 2008
    Dated:_____
15
                                  Hon. Richard Seeborg
16                                United States District Court Magistrate Judge
17
18
19
20
21
22
23
24
25
26
27
28 Stipulation for Dismissal; Order            2